UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| TREY DALTON DASHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV622-021 |
| | ) | |
| APRIL TODD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 9), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. Defendants Sheriff Brown and Captain Thompson are **DISMISSED**. The Court notes that the remaining defendants have waived service, (docs. nos. 11-14), but no responsive pleading has been filed.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of March, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA