# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| TREY DALTON DASHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV622-021 |
| | ) | |
| CORPORAL APRIL TODD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After screening Plaintiff Trey Dalton Dasher's Amended Complaint, the Court directed service of her excessive force claims against defendants Todd, Foreman, Cole, and Chris. *See* doc. 9 at 5. Defendants moved to dismiss her claims, doc. 17, and to stay the case pending resolution of that Motion, doc. 18. Dasher's deadline to respond to those motions has passed, *see* S.D. Ga. L. Civ. R. 7.5, and she has not responded, *see generally* docket. Defendants' Motion to Stay is, therefore, **GRANTED** as unopposed. Doc. 18. All deadlines in this case are **STAYED** pending disposition of defendants' Motion to Dismiss, doc. 17. As discussed below, Dasher's failure to respond to the Motion to Dismiss

1

requires her to show cause why her case should not be dismissed for her failure to prosecute.

This Court has the authority to prune cases from its dockets where parties have failed to comply with its Orders. *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).

Accordingly, the Court **DIRECTS** Dasher to respond to this Order no later than May 10, 2023 and **SHOW CAUSE** why this case should not be dismissed. To the extent that Dasher wishes to pursue this case, she must respond to defendants' Motion, as well as explain her failure to file her response timely.

**SO ORDERED,** this 3rd day of May, 2023.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA