UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TREY DALTON DASHER,           )
                              )
         Plaintiff,           )
                              )
v.                            )     CV622-021
                              )
CORPORAL APRIL TODD,          )
et al.,                       )
                              )
         Defendants.          )

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 21), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. Plaintiff's Amended Complaint is **DISMISSED**. Defendants' Motion to Dismiss is **DISMISSED** as moot. (Doc. no. 17.) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of July, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA